the want of a final judgment. *Mr. Alex Simpson* for petitioner. *Mr. Edward A. Markley* for respondent.

No. 834. SEIBERLING ET AL., EXECUTORS, *v.* UNITED STATES; and

No. 835. LEHIGH VALLEY TRUST CO. ET AL. *v.* SAME. May 22, 1939. Petition for writs of certiorari to the Court of Claims denied. *Mr. Arthur E. Otto* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Charles A. Horsky* for the United States. Reported below: 87 Ct. Cls. 611, 631; 22 F. Supp. 397, 407.

No. 840. BERRY OIL CO. *v.* UNITED STATES. May 22, 1939. Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert A. Littleton* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Robert K. McConnaughey* for the United States.

No. 864. IN THE MATTER OF SIDEBOTHAM. May 22, 1939. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Michael G. Luddy* for petitioner. *Mr. Earl Warren,* Attorney General of California, for Thornton, Sheriff, respondent.

No. 869. GOMILLION *v.* UNION BRIDGE & CONSTRUCTION CO. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. G. Adams* for petitioner. *Mr. Major T. Bell* for respondent.